# PHILLIPS & PAOLICELLI, LLP
## ATTORNEYS AT LAW
### 747 THIRD AVENUE
### 6TH FLOOR
### NEW YORK, NY 10017

NJ OFFICE
QUAKERBRIDGE EXECUTIVE CENTER
101 GROVERS MILL ROAD
LAWRENCEVILLE, NJ 08648

TELEPHONE: (609) 789-5600

(212) 388-5100
FAX: (212) 388-5200

GOSHEN OFFICE
42 PARK PLACE
GOSHEN, NY 10924

TELEPHONE: (845) 228-3200

February 7, 2018

**Via ECF**

Honorable Alison J. Nathan
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

Re:     John Grimes v. CBS Corporation, et al.
        Index No.: 17 Civ. 08361(AJN)

Dear Judge Nathan,

My firm represents the Plaintiff, John Grimes, in the above referenced matter which is currently scheduled for an Initial Pretrial Conference on Friday, February 16, 2018.

Shortly after he was deposed, Mr. Grimes passed away and a representative has not yet been appointed for his estate. Mr. Grimes's family is working on the probate process and awaiting appointment. I have been in contact with the defendants in this case and they consent to a 60 day adjournment in order to complete the appointment process. We respectfully ask for the Court's approval to adjourn the Initial Pretrial Conference for a period of 60 days while the appointment process is finalized. There have been no previous requests for adjournment of this conference. We propose the following dates for rescheduling of the initial pretrial conference, which have been agreed upon by all parties: April 20, 2018, April 27, 2018, and May 4, 2018.

If the Court has any questions or would like to further discuss, I can make myself available at the Court's convenience.

Thank you for your consideration of this matter.

Respectfully Submitted,

Brendan J. Tully

cc: All counsel of record (via ECF)

{00036579}