```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOHN GRIMES & LINDA PHLEPS,

                              Plaintiffs,              ORDER SCHEDULING TELEPHONE
                                                       CONFERENCE
         -against-
                                                       17-CV-8361 (AJN)
CBS CORPORATION, et al.,

                              Defendants.

-----------------------------------------------------------------X
```

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A pre-settlement telephone conference in this matter will be held on **Thursday, November 4, 2021 at 11:30 a.m.** in advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267.**

SO ORDERED.

Dated: October 13, 2021
       New York, New York

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/2021