```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/04/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

JOHN GRIMES & LINDA PHLEPS,

                        Plaintiffs,

     -against-

CBS CORPORATION, et al.,

                        Defendants.
----------------------------------------------------------------X

**ORDER SCHEDULING**
**SETTLEMENT CONFERENCE**

**17-CV-8361 (AJN)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

       A settlement conference in this matter is scheduled for **Tuesday, January 11, 2022 at 2:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.   Parties must attend in-person with their counsel.  Corporate parties must send the person with decision making authority to settle the matter to the conference.  **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information.** The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than **January 4, 2022 by 5:00 p.m.**

     SO ORDERED.

Dated: November 4, 2021
       New York, New York

                                                _____
                                                KATHARINE H. PARKER
                                                United States Magistrate Judge