UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
    GRIMES, ET AL.,

                                **Plaintiff,**          1:17-cv-08361 (ALC)
        -against-

    CBS CORPORATION, ET AL.,             <u>**ORDER SETTING CONFERENCE**</u>

                              **Defendants.**

-------------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court will hold a status conference on Thursday, June 2, 2022 at 4:00PM Eastern Time. All parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

      During the conference, the Court will discuss the pre-trial submission schedule, along with dates for the pretrial conference and trial.

**SO ORDERED.**

**Dated:  May 26, 2022**
         **New York, New York**

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**