UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
    GRIMES, ET AL.,

                                Plaintiff,            1:17-cv-08361 (ALC)
            -against-

                                                   **ORDER**
    CBS CORPORATION, ET AL.,

                                Defendants.

-------------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of the parties' letters at Dkt. Nos. 206 and 208.  In light of the parties' joint request as noted in Dkt. 208, today's 4:00PM Status Conference is CANCELLED.

      The parties are hereby ordered to file a joint letter by June 3, 2022 confirming whether the settlement agreement resolves the case against all parties. The Court further orders that the parties file the Stipulation of Discontinuance by June 6, 2022.

**SO ORDERED.**

**Dated:  June 2, 2022**
         **New York, New York**                                 **ANDREW L. CARTER, JR.**
                                                             **United States District Judge**