

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ------------------------------------------------------<br>**LINDA F. PHELPS, As Administratrix**<br>of the Estate of **JOHN J. GRIMES,**<br>**Deceased,**<br><br>Plaintiff,<br><br>v.<br><br>**CBS CORPORATION,** *et al.*<br><br>**Defendants**<br>------------------------------------------------------ | Civil Action No.:<br>1:17-CV-08361-ALC |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: August 24, 2022

## FINAL JUDGMENT

**THE COURT HAS ORDERED THAT;**

Plaintiff LINDA F. PHELPS, As Administratrix of the Estate of JOHN J. GRIMES, Deceased, has entered into a Stipulation of Dismissal of the instant action with prejudice against Crane Co., (now known as Redco Corporation); and

The Court has awarded Summary Judgment in favor of Defendant Foster Wheeler, LLC and against the Plaintiff on September 16, 2021; and

Entry of a Final Judgment is appropriate as all the claims and all the parties' rights and liabilities have been adjudicated, with all sides bearing their own costs and fees.

Date: August 24, 2022

_____

Hon. Andrew L. Carter, Jr. United States District Court Judge Southern District

{00070607}