UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
LINDA F. PHELPS, AS ADMINISTRATRIX
OF THE ESTATE OF JOHN J. GRIMES,
DECEASED,

                                         **Plaintiff,**

      -against-

 CBS CORPORATION, *ET AL.*,

                                     **Defendants.**
-------------------------------------------------------------------- x

17-CV-8361 (ALC)

<u>ORDER</u>

**ANDREW L. CARTER, JR., District Judge:**

       In light of the Court's Entry of a Final Judgment at ECF No. 215, and the parties' withdrawal of their appeal to the Second Circuit (*see* ECF No. 217), the Clerk of Court is respectfully directed to close this case.

**SO ORDERED.**

**Dated:**      **New York, New York**
                **January 30, 2023**

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**